PROB 12C
(7/93)

Report Date: December 15, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Charles McLaughlin    Case Number: 2:11CR00193-EFS-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 6, 2013

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d) |
| Original Sentence: | Prison - 18 months     Type of Supervision: Supervised Release |
| | TSR - 36 months |
| Asst. U.S. Attorney: | Lawrence H. Haskell     Date Supervision Commenced: July 25, 2014 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: July 24, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |
| | **Supporting Evidence**: David McLaughlin violated the conditions of his supervised release in Spokane, Washington, on December 12, 2014, by departing from the RRC without permission from his supervising officer. On Saturday, December 13, 2014, the undersigned officer received notice from the Spokane Residential Reentry Center that the offender had absconded at approximately 12:50 a.m. As of December 15, 2014, the undersigned officer has had no contact with Mr. McLaughlin. The offender's whereabouts are currently unknown. |
| 2 | **Standard Condition # 6**: You shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: David McLaughlin violated the conditions of his supervised release in Spokane, Washington, on December 12, 2014, by failing to give his supervising probation officer at least 10 days notice prior to changing his residence. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/15/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant 
[ ] The Issuance of a Summons
[ ] Other

Edward F. Shea

Signature of Judicial Officer

12/15/14

Date